# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-01353 |
| Richard Beha | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Modifying the Automatic Stay

This cause coming before the Court upon the Motion of U.S. Bank Trust National Association to Modify the Automatic Stay pursuant to 11 U.S.C. §362(d), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. Section 362 is modified so as to not restrain U.S. Bank Trust National Association from pursuing nonbankruptcy remedies with respect to the 7428 ARCADIA STREET, MORTON GROVE, IL 60053.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 09, 2020

**Prepared by:**

Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com